# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Novack, Charles D. | Bankruptcy Court, Northern District of California | 10/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1300 Clay Street, Courtroom 215
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | GATX Pension Plan, in which ▓▓▓ has some unknown future benefit. ▓▓▓ terminated employment in December 2004. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The State Bar of California | 09/12/14 - 09/13/14 | San Diego, California | Presentation at State Bar Annual Meeting | Meal, Transportation, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. �crossed out | tuition | K |
| 2. Nordstrom Bank | credit card | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | O | T | | | | | |
| 2. - Schwab Cash and Money Mkt | | | | | Sold (part) | 01/08/14 | J | | |
| 3. | | | | | Sold (part) | 04/08/14 | J | | |
| 4. | | | | | Sold (part) | 04/17/14 | J | | |
| 5. | | | | | Sold (part) | 06/11/14 | J | | |
| 6. | | | | | Sold (part) | 07/03/14 | J | | |
| 7. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 8. | | | | | Buy (add'l) | 09/23/14 | L | | |
| 9. | | | | | Sold (part) | 09/25/14 | K | | |
| 10. | | | | | Sold (part) | 09/23/14 | K | | |
| 11. | | | | | Sold (part) | 10/06/14 | J | | |
| 12. | | | | | Sold (part) | 10/15/14 | J | | |
| 13. | | | | | Sold (part) | 10/20/14 | J | | |
| 14. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 15. | | | | | Sold (part) | 12/19/14 | J | | |
| 16. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 17. -Accenture PLC Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Baxter International, Inc. | | | | | Sold | 06/06/14 | K | | |
| 19. -Donaldson Company, Inc. (common) | | | | | Buy | 09/16/14 | J | | |
| 20. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 21. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 22. -Colgate Palmolive Co. (common) | | | | | | | | | |
| 23. -Canadian National Railways Co. (common) | | | | | | | | | |
| 24. -Factset Research System, Inc. (common) | | | | | | | | | |
| 25. -Grainger WW, Inc. (common) | | | | | | | | | |
| 26. -Hormel (common) | | | | | | | | | |
| 27. - Magellan Midstream Partners (common) | | | | | Sold (part) | 04/11/14 | J | | |
| 28. - Metronic, Inc. (common) | | | | | | | | | |
| 29. -Nike, Inc. (common) | | | | | | | | | |
| 30. -Novo - Nordisk as ADR | | | | | | | | | |
| 31. - Petsmart, Inc. | | | | | Sold | 11/05/14 | K | | |
| 32. -Polaris Industries (common) | | | | | Buy | 11/06/14 | K | | |
| 33. -Praxair, Inc. (common) | | | | | | | | | |
| 34. -Scripps Ntwk Interactive (common) | | | | | Buy | 04/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 36. - Target Corporation | | | | | Sold | 04/11/14 | K | | |
| 37. -TJX Companies (common) | | | | | | | | | |
| 38. -T. Rowe Price Group (common) | | | | | | | | | |
| 39. - Toronto Dominion Bank | | | | | | | | | |
| 40. -United Health Group, Inc (common) | | | | | Buy | 06/06/14 | K | | |
| 41. - Walgreen Company (common) | | | | | | | | | |
| 42. - Xilinx, Inc. (common) | | | | | | | | | |
| 43. - 361 Managed Futures Strat. Fund Cl 1 | | | | | Buy (add'l) | 09/24/14 | J | | |
| 44. - Doubleline Total Return Bond Fund Cl 1 | | | | | | | | | |
| 45. - Guggenheim Exch TRD FD Bullet Shares 2014 Corp Bond ETF | | | | | Matured | 12/31/14 | J | | |
| 46. - Guggenheim Exch TRD FD Bullet Shares 2015 Corp Bond ETF | | | | | Buy (add'l) | 09/24/14 | J | | |
| 47. - Guggenheim Ech TRD FD Bullet Shares 2016 Corp Bond ETF | | | | | Buy | 09/24/14 | J | | |
| 48. - Guggenheim Exch. TRD FD Bullet Shares 2017 Corp Bond ETF | | | | | Buy | 09/24/14 | J | | |
| 49. - Guggenheim ETF Bullet Shares 2018 Corp Bond | | | | | | | | | |
| 50. - Guggenheim ETF Bullet Shares 2020 Corp Bond | | | | | Buy | 09/24/14 | J | | |
| 51. -Guggenheim ETF Bullet Shares 2021 Corp Bond | | | | | Buy | 09/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 53. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 54. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 55. - IShares Tr. Bond 1-3 Year Credit Bond ETF | | | | | Sold | | J | | See Part VIII |
| 56. - IShares 2020 ETF New Corporate Ex-Financials Term | | | | | Buy (add'l) | 09/24/14 | J | | |
| 57. - PIMCO All Asset All Authority CL Inst. | | | | | Buy | 09/24/14 | J | | |
| 58. -PIMCO Income Fund Institutional Class | | | | | Buy | 09/24/14 | K | | |
| 59. - PIMCO Exh. Corp. Bond ETF Intermediate Term | | | | | Sold | 09/24/14 | K | | |
| 60. - Templeton Global Bond Fund A | | | | | Buy (add'l) | 12/18/14 | J | | |
| 61. - SPDR Fincl. Select Shares | | | | | Sold | 09/16/14 | K | | |
| 62. -Vanguard International Equity Index All World | | | | | Sold (part) | 09/24/14 | J | | |
| 63. - Vanguard Bond Index Fund | | | | | Buy (add'l) | 09/24/14 | J | | |
| 64. - T. Rowe Price Emerging Markets Fund | | | | | Sold (part) | 09/24/14 | J | | |
| 65. IRA #2 | D | Int./Div. | N | T | | | | | |
| 66. -Schwab Adv. Cash Reserve | | | | | Sold (part) | 01/08/14 | J | | |
| 67. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 68. | | | | | Sold (part) | 04/08/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/03/14 | J | | |
| 70. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 71. | | | | | Sold (part) | 09/23/14 | J | | |
| 72. | | | | | Sold (part) | 09/25/14 | J | | |
| 73. | | | | | Sold (part) | 10/06/14 | J | | |
| 74. | | | | | Sold (part) | 09/15/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 76. - Accenture PLC Class A | | | | | | | | | |
| 77. - Baxter International Inc. | | | | | Sold | 06/06/14 | J | | |
| 78. - Canadian National Railways Co. (common) | | | | | Sold (part) | 03/10/14 | J | | |
| 79. - Colgate Palmolive Co. (common) | | | | | | | | | |
| 80. - Donaldson Company (common) | | | | | Buy | 09/16/14 | J | | |
| 81. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 82. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 83. - Factset Research, Inc. (common) | | | | | | | | | |
| 84. - Grainger WW, Inc. (common) | | | | | | | | | |
| 85. - Hormel (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Magellan Midstream Partners | | | | | Sold (part) | 03/10/14 | J | | |
| 87. - Medtronic, Inc. (common) | | | | | Sold (part) | 03/10/14 | J | | |
| 88. - Nike, Inc. (common) | | | | | Sold (part) | 03/10/14 | J | | |
| 89. - Novo Nordisk as ADR | | | | | Sold (part) | 03/10/14 | J | | |
| 90. -Petsmart (common) | | | | | Buy | 03/10/14 | J | | |
| 91. - Target Corporation | | | | | Sold | 04/11/14 | J | | |
| 92. - Toronto Dominion Bank F | | | | | | | | | |
| 93. - Petsmart | | | | | Sold | 11/05/14 | J | | |
| 94. - Polaris Industries (common) | | | | | Buy | 11/06/14 | J | | |
| 95. - Praxair, Inc. (common) | | | | | | | | | |
| 96. -Scripps Ntwk Interactive (common) | | | | | Buy | 04/11/14 | J | | |
| 97. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 98. - T. Rowe Price Group (common) | | | | | | | | | |
| 99. - TJX Companies (common) | | | | | | | | | |
| 100. - United Health Group (common) | | | | | Buy | 06/06/14 | J | | |
| 101. - 361 Managed Futures Strat Fund Cl 1 | | | | | Buy (add'l) | 03/10/14 | J | | |
| 102. - Doubleline Total Return Bond Fund Cl 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Guggenheim ETF Bullet Shares 2014 Corp Bond ETF | | | | | Matured | 12/31/14 | J | | |
| 104. - Guggenheim ETF Bullet Shares 2015 Corp Bond Fund ETF | | | | | Buy | 03/10/14 | J | | |
| 105. - Guggenheim ETF Bullet Shares 2016 Corp Bond Fund ETF | | | | | Buy | 03/10/14 | J | | |
| 106. - Guggenheim ETF Bullet Shares 2017 Corp Bond Fund ETF | | | | | Buy (add'l) | 03/10/14 | J | | |
| 107. - Guggenheim ETF Bullet Shares 2018 Corp Bond ETF | | | | | Buy (add'l) | 03/10/14 | J | | |
| 108. - Guggenheim ETF Bullet Shares 2020 Corp Bond | | | | | Buy (add'l) | 03/10/14 | J | | |
| 109. -Guggenheim ETF Bullet Shares 2021 Corp Bond | | | | | Buy | 03/10/14 | J | | |
| 110. - IShares 2020 ETF Corp Ex-Financials Term | | | | | Buy (add'l) | 03/10/14 | J | | |
| 111. - PIMCO Exh Traded Fund 1-5 yr US TIPs Index Exh. | | | | | Buy | 03/10/14 | J | | |
| 112. | | | | | Sold | 10/14/14 | J | | |
| 113. - PIMCO All Asset All Authority Cl Inst. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 114. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 115. - PIMCO Income Fund Institutional Class | | | | | Buy | 10/14/14 | J | | |
| 116. - Vanguard Bond Index Fund | | | | | Buy (add'l) | 03/10/14 | J | | |
| 117. - Vanguard Intl Eqty Index ETF | | | | | | | | | |
| 118. - SPDR Fincl SelectShares of Beneficial Int. | | | | | Sold | 09/16/14 | J | | |
| 119. - T. Rowe Price - Emerging Markets Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Templeton Global Bond Fund | | | | | | | | | |
| 121. - XILINX, Inc. (common) | | | | | Sold (part) | 04/11/14 | J | | |
| 122. - Walgreen, Inc. (common) | | | | | Sold | 03/10/14 | J | | |
| 123. U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 124. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 125. Bank of America Account | A | Interest | | | Closed | 02/24/14 | J | | |
| 126. Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 127. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 128. RBC Wealth Management U.S. Govt Money Market Account | A | Int./Div. | J | T | | | | | |
| 129. Vanguard 500 Index IRA # 3 | C | Int./Div. | M | T | | | | | |
| 130. Fidelity Cal. Muni Market | A | Int./Div. | M | T | | | | | |
| 131. Schwab Adv. Cash Reserve | A | Interest | J | T | | | | | |
| 132. Vanguard Limited Term Tax Exempt Investor SHR | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 133. Vanguard Intl Equity Index Fund | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 134. Brown Cap. Mgmt. Small Company Inv. Shares | A | Distribution | K | T | | | | | |
| 135. UBS Cash Fund | A | Interest | J | T | | | | | |
| 136. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Growth Strategies Fund | A | Dividend | J | T | | | | | |
| 138. Novack ▊▊▊ LLC | | None | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Novack, Charles D. | 10/16/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts: IRA #1 owns two similarly named Templeton Bond Funds: Templeton Global Bond Fund CL A and Templeton Global Bond Fund Adv. Cl. The prior disclosure forms reported all of the transactions in both funds under one name. For purposes of simplicity, this and future disclosure forms will continue this.

Investment and Trusts: The 2013 disclosure form should have stated that the entire investment in IShares Tr. Bond 1 -3 Year Credit ETF in IRA #1 was sold on 10/07/13. It errononeously did not, and it appears on this year's form. To rectify this, this form will report that it was sold in full.

Investment and Trusts: The 2013 disclosure form should have stated that the investment in Guggenheim ETF Bullet 2014 Shares was a "J" amount, not a "K" amount. This investment matured in 2014, and the amount which matured is correctly listed as a "J" amount.

Investment and Trusts: The property in the Novack ▓▓▓▓ LLC was appraised in February 2012.

Positions: Estate #1 has been fully administered.

Line 134 was amended to include the full name of the mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544